CHORPENNING, GOOD, CARLET
 & GARRISON, ESQS.
Michael J. Zaretsky, Esq. (MZ-7098)
Virginia T. Shea, Esq. (VS-8848)
645 Fifth Avenue, Suite 703
New York, NY 10022
212-869-2147
Attorneys for Defendant, Ameriprise Financial Services, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
HILDEGARD PERLMAN                              CIVIL ACTION 11-0326

      Plaintiff,

v.                                             CERTIFICATION OF SERVICE

FIDELITY BROKERAGE SERVICES, LLC
FIDELITY MANAGEMENT TRUST
COMPANY, AMERIPRISE FINANCIAL
SERVICES, INC., and JONATHAN BLASS,
EXECUTOR and TRUSTEE Under Last Will
and Testament of NORMAN PERLMAN,

      Defendants.

-----------------------------------------------------------x

      MICHAEL J. ZARETSKY does hereby certify and say that:

      1.    I am an attorney at law of the State of New York and a member of the firm of Chorpenning, Good, Carlet & Garrison, attorneys for the defendant, Ameriprise Financial Services, Inc., in the above-captioned matter.

      2.    The undersigned hereby certifies that this document was filed through the ECF system on April 8, 2011, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

     3.     I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                     /s/Michael J. Zaretsky  
                                                      Michael J. Zaretsky

DATED:  April 8, 2011