CHORPENNING, GOOD, CARLET
 & GARRISON, ESQS.
Michael J. Zaretsky, Esq. (MZ-7098)
Virginia T. Shea, Esq. (VS-8848)
645 Fifth Avenue, Suite 703
New York, NY 10022
212-869-2147
Attorneys for Defendant, Ameriprise Financial Services, Inc.


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
HILDEGARD PERLMAN                          CIVIL ACTION 11-0326

      Plaintiff,

v.                                                              **PLAINTIFFS' FED. R. CIV. P. 7.1
                                                                STATEMENT**

FIDELITY BROKERAGE SERVICES, LLC
FIDELITY MANAGEMENT TRUST
COMPANY, AMERIPRISE FINANCIAL
SERVICES, INC., and JONATHAN BLASS,
EXECUTOR and TRUSTEE Under Last Will
and Testament of NORMAN PERLMAN,

      Defendants.

-----------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. 7.1, Defendant, Ameriprise Financial Services, Inc., submits this Corporate Disclosure Statement:  Ameriprise Financial Services, Inc. is a wholly-owned subsidiary of AMPF Holding Corporation.  AMPF Holding Corporation is owned by Ameriprise Financial, Inc., the shares of which are publicly held.


DATED:    April 8, 2011
                New York, NY                    CHORPENNING, GOOD, CARLET
                                                     & GARRISON, ESQS.
                                                    Attorneys for Defendant

                                      By:    /s/Michael J. Zaretsky
                                                 MICHAEL J. ZARETSKY, ESQ. (MZ7098)